IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARLOS ALBERTO RINCON NINO, | ) | Case № 1:25-cv-01714-DC-JDP |
| | ) | |
| Petitioner, | ) | **O R D E R** |
| | ) | **APPOINTING CJA COUNSEL** |
| vs. | ) | ***PRO HAC VICE*** |
| | ) | |
| WARDEN, et al, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

Upon the Federal Defender's *Motion to appoint CJA Counsel Pro Hac Vice Counsel* after this Court appointed counsel for Petitioner Carlos Alberto Rincon Nino on December 9, 2025 [Dkt.5], and pursuant to 18 U.S.C. §§ 3005 and 3006A, this District's CJA Plan, General Order 671, § XV.C.1.g as applied here,, and the *Guide to Judiciary Policy*, Vol. 7A concerning CJA appointed counsel,

IT IS HEREBY ORDERED, appointing as CJA counsel *pro hac vice* Bonita Gutierrez to represent Petitioner Carlos Alberto Rincon Nino, *nunc pro tunc* to the Federal Defender contacting them about this appointment, December 9, 2025.

IT IS SO ORDERED.

Dated:   December 10, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE