ERIC GRANT
United States Attorney
BRENDON L.S. HANSEN
Assistant United States Attorney
501 I Street, Suite 10100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Federal Respondents

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ALBERTO RINCON NINO,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, GOLDEN STATE ANNEX DETENTION FACILITY, et al.,<br><br>Respondents. | CASE NO. 1:25-CV-01714-JDP (HC)<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE JOINT STATUS REPORT; [PROPOSED] ORDER** |

Petitioner filed a petition for writ of habeas corpus under 28 U.S.C. § 2241. The Court appointed Criminal Justice Act Panel counsel Bonita Gutierrez on December 10, 2025. ECF No. 6. The undersigned Assistant United States Attorney was assigned to this matter on December 15, 2025. Among other orders, the Court ordered the parties to file a joint status report within seven (7) days of appointment of counsel for petitioner, or by December 17, 2025. *See* ECF Nos. 5, 6.

The parties anticipate the need to file an opposition and reply to Petitioner's habeas petition. Further, Petitioner's counsel will review the available information and documents and confer with Petitioner to determine if a Motion for a Temporary Restraining Order may be necessary.

Based on the recency of this matter and the agreement of the parties, the parties hereby stipulate as follows:

1. That the deadline to file a Joint Status Report be extended until December 22, 2025.
2. All other terms of the Court's orders shall remain in effect until further Court order. *See* ECF Nos. 5, 6.

STIPULATION; [PROPOSED] ORDER                                             1

1  IT IS SO STIPULATED.

2  Dated:  December 16, 2025　　　　　　　　　　ERIC GRANT
　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney
3

4  　　　　　　　　　　　　　　　　　　By:  */s/ Brendon L.S. Hansen*
　　　　　　　　　　　　　　　　　　　　　　BRENDON L.S. HANSEN
5　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

6　　　　　　　　　　　　　　　　　　　　　Attorneys for Federal Respondents

9  Dated:  December 16, 2025　　　　　　　　　　OPEN IMMIGRATION LEGAL SERVICES

11  　　　　　　　　　　　　　　　　　　By:  */s/ Bonita S. Gutierrez*
　　　　　　　　　　　　　　　　　　　　　　BONITA S. GUTIERREZ

12　　　　　　　　　　　　　　　　　　　　　Attorneys for Petitioner

STIPULATION; [PROPOSED] ORDER　　　　　2

**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE JOINT STATUS REPORT**

Good cause appearing, the parties' stipulation to extend the deadline to file a Joint Status Report is extended until December 22, 2025 is granted. The parties shall file a Joint Status Report by December 22, 2025. *See* ECF No. 5. All other terms of the Court's orders shall remain in effect until further Court order.

IT IS SO ORDERED.

Dated:     December 18, 2025                    _____
                                                JEREMY D. PETERSON
                                                UNITED STATES MAGISTRATE JUDGE

STIPULATION; [PROPOSED] ORDER                    3